UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-14209-ROSENBERG/MAYNARD

DAVID POSCHMANN,

    Plaintiff,

v.

MARSH ENTERPRISES OF SW FLORIDA, INC.
and APPLE TREE HOLDINGS OF KEY WEST, LLC

    Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

The parties hereto, through counsel, inform the Court that this matter has been resolved.

Dated: October 28, 2020.

| | |
|---|---|
| s/Drew M. Levitt | s/Nikki Pappas |
| Drew M. Levitt | Nikki Pappas |
| Florida Bar No. 782246 | Florida Bar No. 126355 |
| drewmlevitt@gmail.com | nikki@smithhawks.com |
| Lee D. Sarkin | Christopher B. Deem |
| Florida Bar No. 962848 | Florida Bar No. 94462 |
| lsarkin@aol.com | chris@smithhawks.com |
| 4700 N.W. Boca Raton Boulevard | SMITH/HAWKS |
| Suite 302 | 138 Simonton Street |
| Boca Raton, Florida 33431 | Key West, Florida 33040 |
| Telephone (561) 994-6922 | Telephone (305) 296-7227 |
| Attorneys for Plaintiff | Attorneys for Defendants |