UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-14209-ROSENBERG/MAYNARD

DAVID POSCHMANN,

        Plaintiff,

v.

MARSH ENTERPRISES OF SW FLORIDA, INC.
and APPLE TREE HOLDINGS OF KEY WEST, LLC

        Defendants.
_____/

## AMENDED CONDITIONAL STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, through counsel, stipulate and agree to dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) conditioned upon the Court's entry of an order retaining jurisdiction for thirty days to enforce the parties' settlement agreement, if necessary.[1]

| | |
|---|---|
| s/Drew M. Levitt | s/Nikki Pappas |
| Drew M. Levitt | Nikki Pappas |
| Florida Bar No. 782246 | Florida Bar No. 126355 |
| drewmlevitt@gmail.com | nikki@smithhawks.com |
| Lee D. Sarkin | Christopher B. Deem |
| Florida Bar No. 962848 | Florida Bar No. 94462 |
| lsarkin@aol.com | chris@smithhawks.com |
| 4700 N.W. Boca Raton Boulevard | SMITH/HAWKS |
| Suite 302 | 138 Simonton Street |
| Boca Raton, Florida 33431 | Key West, Florida 33040 |
| Telephone (561) 994-6922 | Telephone (305) 296-7227 |
| Attorneys for Plaintiff | Attorneys for Defendants |

---

[1] Pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012) and *Kokkonen v. Guardian Life Insurance of America*, 511 U.S. 375, 114 S. Ct. 1673 (1994).