UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-14209-ROSENBERG/MAYNARD

DAVID POSCHMANN,

        Plaintiff,

v.

MARSH ENTERPRISES OF SW FLORIDA, INC.
and APPLE TREE HOLDINGS OF KEY WEST, LLC

        Defendants.

_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties stipulate and agree that this action is dismissed with prejudice pursuant to

Federal Rule of Civil Procedure 41(a)(1)(A)(ii) with each party to bear his/its own fees and costs,

except as otherwise agreed in the parties' settlement agreement.

        Dated: December 28, 2020

| | |
|---|---|
| s/Drew M. Levitt | s/Nikki Pappas |
| Drew M. Levitt | Nikki Pappas |
| Florida Bar No. 782246 | Florida Bar No. 126355 |
| drewmlevitt@gmail.com | nikki@smithhawks.com |
| Lee D. Sarkin | Christopher B. Deem |
| Florida Bar No. 962848 | Florida Bar No. 94462 |
| lsarkin@aol.com | chris@smithhawks.com |
| 4700 N.W. Boca Raton Boulevard | SMITH/HAWKS |
| Suite 302 | 138 Simonton Street |
| Boca Raton, Florida 33431 | Key West, Florida 33040 |
| Telephone (561) 994-6922 | Telephone (305) 296-7227 |
| Attorneys for Plaintiff | Attorneys for Defendants |